**Expanded Surveillance of IP Address 96.225.78.205**

**ISP:** Verizon FiOS
**Location:** Red Bank, NJ

| Hit Date UTC | Filename |
|---|---|
| 07/20/2013 | Zuzka's ZCUT Power Cardio Series |
| 07/20/2013 | Breaking.Bad.S04.Season.4.720p.WEB-DL.x264.MIKY |
| 07/17/2013 | Breaking.Bad.S01.Season.1.720p.BRRip.x264-Visionx |
| 07/17/2013 | Season 3 |
| 07/17/2013 | Season 1 |
| 07/17/2013 | Season 5 [Part 1] |
| 07/17/2013 | Season 2 |
| 07/17/2013 | Breaking.Bad.S03.Season.3.720p.BRRip.x264-VisionX |
| 07/17/2013 | Breaking.Bad.S02.Season.2.720p.BRrip.x264-VisionX |
| 07/17/2013 | Season 4 |
| 07/16/2013 | Penthouse.13.06.15.Mykonas.On.Heat.3D.XXX.720p.WMV-TBP[rarbg] |
| 07/14/2013 | CZ1559.wmv |
| 07/13/2013 | G.I.Joe.Retaliation.2013.Extended.Action.Cut.720p.BluRay.x264-VeDeTT [PublicHD] |
| 07/13/2013 | Superman.Man.of.Steel.2013.720p.R6.LiNE.x264.AAC-DiGiTAL |
| 07/10/2013 | Passion.HD.Holly.Hide.and.Seek.XXX.pornalized.wmv |
| 07/10/2013 | (2013 07 09) OrgasmsXXX - Tracy, Zuzana - Roses (720p).mov |
| 07/10/2013 | X.Art.Kaylee.Going.Strong.XXX.1080p.pornalized.mp4 |
| 07/10/2013 | The Ultimate Fighter Season 1 |
| 07/10/2013 | Orgasms - Togetherness - Tarja [1080p].mov |
| 07/10/2013 | X-Art.13.07.08.Baby.Yeah.Baby.XXX.1080p.MP4-KTR |
| 07/10/2013 | IMAX.Vikings.Journey.to.New.Worlds.2004.720p.BluRay.x264-DON [PublicHD] |
| 07/10/2013 | VAnda_wmv_original.wmv |

EXHIBIT C

CNJ61

| Hit Date UTC | Filename |
|---|---|
| 07/10/2013 | Margin.Call.2011.R5.DVDRip.XVID.AC3-5.1.HQ.Hive-CM8 |
| 07/09/2013 | Falling.Skies.S03E05.720p.WEB-DL.DD5.1.H.264-KiNGS [PublicHD] |
| 07/09/2013 | The.Killing.S03E05.720p.HDTV.x264-EVOLVE [PublicHD] |
| 07/09/2013 | The.Killing.S03E06.Eminent.Domain.720p.WEB-DL.DD5.1.H.264-NTb [PublicHD] |
| 07/09/2013 | Falling.Skies.S03E01E02.720p.HDTV.x264-EVOLVE.mkv |
| 07/09/2013 | [ www.Speed.Cd ] - Falling.Skies.S03E05.720p.HDTV.x264-IMMERSE |
| 07/09/2013 | Falling.Skies.S03E03.720p.HDTV.x264-EVOLVE.mkv |
| 07/09/2013 | VivThomas.com_13.06.28.Cipriana.A.and.Jo.Bad.Mood.XXX.IMAGESET-GAGBALL[rarbg] |
| 07/09/2013 | The.Killing.S03E07.Hope.Kills.720p.WEB-DL.DD5.1.H.264-NTb [PublicHD] |
| 07/09/2013 | VivThomas - NicoleSweet |
| 07/09/2013 | Falling.Skies.S03E06.720p.HDTV.x264-IMMERSE.mkv |
| 07/09/2013 | Falling.Skies.S03E04.720p.HDTV.x264-EVOLVE.mkv |
| 07/09/2013 | The.Killing.S03E04.Head.Shots.720p.WEB-DL.DD5.1.H.264-NTb [PublicHD] |
| 07/07/2013 | Evil.Dead.2013.720p.BluRay.DTS.x264-PublicHD |
| 07/07/2013 | Night.Of.The.Templar.2012.720p.BluRay.x264-MELiTE |
| 07/02/2013 | Alexis Adams - Getting His Attention HD 1080p |
| 07/02/2013 | VivThomas.13.06.22.Jo.And.Sandra.Rodriguez.The.Visit.XXX.1080p.MP4-CUNTENT |
| 07/02/2013 | 52 Debut Scenes of the Hottest Porn Stars |
| 07/02/2013 | x-art_mia_m_oh_mia_720.mp4 |
| 07/02/2013 | XXX Fit Girls Orgy (2013) [WEBRip][WwW.LoKoTorrents.CoM] |
| 07/02/2013 | Tiffany Fox - Intimate Pleasure HD 1080p |
| 07/02/2013 | (2013 07 01) VivThomas - Eve Angel And Jo - The Cheaters (1080p).mp4 |
| 07/02/2013 | OrgamssXXX - Connie - Steak and Blow Job Day (1080p) 0.mp4 |
| 07/02/2013 | Django Unchained 2012 DVDRip XviD-FiCO |
| 07/02/2013 | X-Art.12.12.31.Angie.Morning.Desires.XXX.1080p.MOV-KTR |

EXHIBIT C

CNJ61

| Hit Date UTC | Filename |
|---|---|
| 07/02/2013 | FANHD - 2013-06-28 - Phoenix Marie and Jada Stevens - Beautiful Bikini Asses |
| 07/02/2013 | Wake |
| 07/02/2013 | TashaReign.13.04.12.Tasha.Reign.Hops.The.Spring.Bunny.XXX.720p.MP4-ALTAiR |
| 07/01/2013 | Sin City EXTENDED UNRATED (2005) 1080p BrRip x264 Español Latino-Ingles PeliculasbyMNCR |
| 07/01/2013 | Orgasms - Be My Everything - Pink [1080p].mp4 |
| 07/01/2013 | Surreal.Sex.2.XXX.720p.WEBRip.MP4-CUNTENT |
| 06/30/2013 | LetsTryAnal - Get a Deep Stretch - Lauren Phillips |
| 06/30/2013 | X-Art - Silvie, Lorena (Through the Looking Glass) |
| 06/29/2013 | Olympus Has Fallen 2013 720p BRRip x264 AC3-JYK |
| 06/27/2013 | Monique Alexander and Misty Anderson in Lesbian Girl on Girl (2013) HD 1080p XXX |
| 06/27/2013 | Dead.Man.Down.2013.720p.BluRay.x264-SPARKS [PublicHD] |
| 06/27/2013 | SexArt - The Only One - Cayenne Klein [1080p].mp4 |
| 06/27/2013 | VivThomas.13.06.18.Amabella.A.Breakfast.In.Bed.XXX.1080p.MP4-VIVTHOMAS |
| 06/26/2013 | Instant Orgasm - Excitement at First Touch .pdf |
| 06/26/2013 | New folder |
| 06/26/2013 | Nubiles.13.06.19.Livia.Godiva.Delightful.Tease.XXX.720p.WMV-KTR |
| 06/26/2013 | Body Combat 05 |
| 06/26/2013 | SexArt.13.06.20.Mima.A.After.Sunbathing.XXX.1080p.MP4-KTR |
| 06/26/2013 | TWINPEAKS_S1_D2 |
| 06/26/2013 | SexArt - Nice Day - Alexis Crystal [1080p].mp4 |
| 06/26/2013 | 3DMark 11 Advanced Edition 1.0.4 Ml_Eng |
| 06/26/2013 | X-Art.13.06.18.Izzy.Ready.Or.Not.XXX.1080p.MP4-KTR |
| 06/26/2013 | ACLU Freedom Files |
| 06/26/2013 | 1118161998GameThronesPhil.epub |
| 06/26/2013 | The Position Sex Bible - 365 Positions And  The Most Complete Sex Manual Ever Written -Mantesh |

EXHIBIT C

| Hit Date UTC | Filename |
| --- | --- |
| 06/26/2013 | Orgasms.13.06.25.Pink.Be.My.Everything.1080p.mp4 |
| 06/26/2013 | MC-Nudes.13.06.20.Nessa.And.Nelly.Burning.Love.XXX.720p.MOV-KTR |
| 06/26/2013 | X-Art - Angelica - Dreams Do Come True 1080p HD |
| 06/25/2013 | nurumassage-130622-sexors.mp4 |
| 06/25/2013 | Fuck.My.Ass.N.Make.Me.cum.4[www.torrentgo.com] |
| 06/25/2013 | OrgasmsXXX - Kari - Germanic Beauty (1080p).mov |
| 06/25/2013 | HDMassagePorn - Perfect pussy massage movie - Aglaya [1080p].mp4 |
| 06/25/2013 | BaDoink.E036.Capri.Cavanni.Clean.My.Pipes.XXX.720p.MP4-ALTAiR |
| 06/25/2013 | joymii.13.06.22.simona.the.pleasure.inside.mov |
| 06/25/2013 | (2013 06 21) TonightsGirlfriend - Krissy Lynn (1080p).mp4 |
| 06/25/2013 | (2013 06 22) X-Art - Jessica - Model Couple (1080p).mp4 |
| 06/25/2013 | Bang.My.Latin.Ass.XXX |
| 06/25/2013 | Passion-HD.13.06.21.Evilyn.Hooking.Up.XXX.1080p.WMV-KTR |
| 06/25/2013 | Art-Lingerie.13.06.20.Jenny.P.XXX.720p.WMV-ART-LINGERIE |
| 06/25/2013 | LittleCaprice - Anal Action (720p) .wmv |
| 06/25/2013 | Ella_Ailek_mpg_1280.mpg |
| 06/25/2013 | xart.13.06.24.capri.and.ana.only.girls.mp4 |
| 06/25/2013 | x-art_caprice_izzy_girls_who_like_girls_720.mp4 |
| 06/25/2013 | Mc. Music 34 Norsk |
| 06/25/2013 | X-Art.13.06.21.Jessica.Model.Couple.XXX.1080p.MP4-KTR |
| 06/25/2013 | fhd.13.06.21.rikki.six.the.workout.wmv |
| 06/19/2013 | Hannibal.S01E03.720p.WEB-DL.DD5.1.H-264-NTb [PublicHD] |
| 06/19/2013 | Hannibal.S01E03.720p.HDTV.X264-DIMENSION [PublicHD] |
| 06/18/2013 | Hannibal.S01E09.720p.HDTV.X264-DIMENSION [PublicHD] |
| 06/18/2013 | Hannibal.S01E11.720p.HDTV.X264-DIMENSION [PublicHD] |

EXHIBIT C

| Hit Date UTC | Filename |
|---|---|
| 06/18/2013 | Hannibal.S01E07.720p.HDTV.x264-2HD [PublicHD] |
| 06/18/2013 | Hannibal.S01E06.720p.HDTV.x264-2HD [PublicHD] |
| 06/18/2013 | Hannibal.S01E12.720p.HDTV.X264-DIMENSION [PublicHD] |
| 06/18/2013 | Hannibal.S01E10.720p.HDTV.X264-DIMENSION [PublicHD] |
| 06/18/2013 | Hannibal.S01E11.Rôti.720p.WEB-DL.DD5.1.H.264-NTb [PublicHD] |
| 06/18/2013 | Hannibal.S01E08.720p.HDTV.x264-2HD [PublicHD] |
| 06/18/2013 | Hannibal.S01E05.Coquilles.720p.HDTV.x264-2HD [PublicHD] |
| 06/18/2013 | Hannibal.S01E04.REAL.720p.WEB-DL.DD5.1.H-264-NTb [PublicHD] |
| 06/17/2013 | FantasyHD.13.06.11.Jenna.Ross.Little.Miss.Flexible.XXX.1080p.WMV-KTR [PublicHash] |
| 06/16/2013 | The.Killing.S03E01.720p.WEB-DL.DD5.1.H.264-NTb [PublicHD] |
| 06/16/2013 | Dragon.Lore-Curse.Of.The.Shadow.2013.720p.BluRay.DTS.x264-BladeBDP |
| 06/16/2013 | The.Killing.S03E03.720p.HDTV.x264-EVOLVE [PublicHD] |
| 06/16/2013 | The.Last.Exorcism.Part.II.2013.UNRATED.720p.Bluray.x264-BLOW |
| 06/16/2013 | The Last Exorcism 2010 720p BluRay DTS x264-SilverTorrentHD |
| 06/16/2013 | The.Killing.S03E02.720p.WEB-DL.DD5.1.H.264-NTb [PublicHD] |
| 06/16/2013 | Red 2 2013 DVDRip XviD-Magic |
| 06/16/2013 | The Best Singles Of All Time 60s-70s-80s-90s and No1s (1999) [WwW.LoKoTorrents.CoM] |
| 06/16/2013 | fix_me_good_big.mp4 |
| 06/15/2013 | Passion-HD.13.03.18.Lily.Date.Movie.XXX.1080p.WMV-KTR[rarbg] |
| 06/15/2013 | Marta La Croft (Cum Fighter, Fuck! 03.06.13) (2013) SATRip |
| 06/15/2013 | Orgasms XXX - Ivy, Lily (Be Gentle With Me  05.09.2013) ** NEW May 9, 2013.mov |
| 06/15/2013 | After.Earth.2013.CAM.XVID-Snake |
| 06/15/2013 | I Am Lily Carter XXX (DVDRip) |
| 06/15/2013 | RealExGirlfriends - Lily Carter - Country Girls Sweet Jacuzzi Fuck.wmv |
| 06/15/2013 | WhenGirlsPlay - Jana Jordan, Lily.Carter |

EXHIBIT C

CNJ61

| Hit Date UTC | Filename |
|---|---|
| 06/15/2013 | Passion.Lily.Fun.With.Balls.XXX.1080p.pornalized.wmv |
| 06/15/2013 | Real Female Orgasms_Lily and Jessie_XXX_15_DVDRip |
| 06/15/2013 | Lily Carter - Housewives Gone Black 15.mp4 |
| 06/15/2013 | The Hangover Part III R6 2013 XViD UNiQUE |
| 06/15/2013 | Lily Carter - Pop Porn HD720p (reshi5531) |
| 06/15/2013 | MrAnal.13.05.22.Lily.Carter.XXX.720p.MP4-KTR |
| 06/15/2013 | all_naughty_pt_one_big.mp4 |
| 06/15/2013 | Passion-HD.13.06.03.Lily.And.Karlie.Pillow.Fight.XXX.1080p.WMV-KTR |
| 06/15/2013 | Lily Carter - Shes the Boss |
| 06/15/2013 | JaysPOVSite - Lily Carter .mp4 |
| 06/15/2013 | Lily Carter Is Irresistible |
| 06/15/2013 | MrAnal - Lily Carter - Lily The Anal Queen (720p).mp4 |
| 06/15/2013 | DirtyMasseur - Lily Carter |
| 06/15/2013 | Lily Carter - Lily The Anal Queen HD 720p |
| 06/15/2013 | Lily Carter - Mammoth Dick Brothers4 |
| 06/14/2013 | Tiffany_mpg_1280.mpg |
| 06/14/2013 | (13 06 12) FantasyHD - Jenna Ross - Little Miss Flexible (1080p).wmv |
| 06/14/2013 | OrgasmsXXX -  Nataly - Here and Now (1080p).mov |
| 06/14/2013 | Mini Van Moms 4 XXX [DVDRIP][Mature][www.sexotorrent.com] |
| 06/14/2013 | Aftershock (2013) TS XviD READNFO-THC |
| 06/14/2013 | Nicole Aniston Secretarys Day 5 XXX BDRip 720p |
| 06/14/2013 | Lily Carter (18.04.2013) Cocaine.wmv |
| 06/14/2013 | X-Art.13.06.14.Connie.Play.Me.XXX.1080p.MP4-KTR [PublicHash] |
| 06/14/2013 | Lily Carter - Gushing With Passion |
| 06/14/2013 | OX - 2013-06-04 - Gina D - Portrait Of A Girlfriend Part 1 |

EXHIBIT C

| Hit Date  UTC | Filename |
|---|---|
| 06/14/2013 | Goombay Dance Band |
| 06/14/2013 | The Hangover Part III (2013) TS XviD READNFO-THC |
| 06/14/2013 | Romance.XXX.720p.BluRay.x264-CHiKANi |
| 06/14/2013 | Stomp.The.Yard.DVDSCR.XviD-NEPTUNE |
| 06/14/2013 | NaughtyRichGirls - Lily Carter |
| 06/14/2013 | ShesGonnaSquirt - Lily Carter (Gushing With Passion ** NEW April 30, 2013 .mp4 |
| 06/14/2013 | TwistysHard - Lily Carter. |
| 06/14/2013 | precious_moment_big.mp4 |
| 06/14/2013 | X-Art.13.03.22.Capri.Clover.Enchanting.Real.Orgasms.XXX.1080p.MOV-KTR[rarbg] |
| 06/14/2013 | ma.13.06.12.penny.pax.mp4 |
| 06/14/2013 | X-Art - Meet Me in Madrid - Silvie [1080p].mov |
| 06/14/2013 | Game.of.Thrones.S03E08.720p.HDTV.x264-EVOLVE [PublicHD] |
| 06/14/2013 | passion-hd -Lily and Dillion - Pool Party.mpg |
| 06/14/2013 | TeensLikeItBig - Lily Carter - American Teenybopper |
| 06/14/2013 | (13 06 13) WowGirls - Aprilia - Your Love Is Like A Drug (1080p).mp4 |
| 06/14/2013 | X-Art - Caprice And Anneli - Threes Company (1080p).mp4 |
| 06/13/2013 | Viv_Thomas_Viktoria_Diamod |
| 06/13/2013 | X-Art - Bunny And Alice - Bad Girls (1080p).mp4 |
| 06/13/2013 | FantasyHD - Sara Luv - Underwater Sex (1080p).wmv |
| 06/13/2013 | phd.13.06.10.capri.and.dillion.three.for.passion.wmv |
| 06/13/2013 | LimeWire_OSX.dmg |
| 06/13/2013 | Orgasms.13.06.18.Gina.Divine.Raven.XXX.1080p.MP4-KTR [PublicHash] |
| 06/13/2013 | Programming Microsoft LINQ in Microsoft .NET Framework 4 |
| 06/13/2013 | Orgasms.13.06.13.Gina.Divine.Portrait.Of.A.Girlfriend.Part.2.XXX.1080p.MP4-KTR [PublicHash] |
| 06/13/2013 | Cheated girlfriends 3.rar |

EXHIBIT C

| Hit Date UTC | Filename |
|---|---|
| 06/13/2013 | Secrets.From.Her.Past.2011.DVDRip.XviD-aAF |
| 06/13/2013 | Passion-HD - Madison - Sexy Webcam (1080p).wmv |
| 06/12/2013 | Susan Pearl - Puplic Striptease |
| 06/12/2013 | X-Art.13.06.12.Silvie.Meet.Me.In.Madrid.XXX.1080p.MP4-KTR [PublicHash] |
| 06/12/2013 | TonightsGirlfriend - Bobbi Starr - Dominating (1080p) .mp4 |
| 06/12/2013 | x-art_presley_back_to_bed_1080.mov |
| 06/12/2013 | Ghost Embrace - Ghost Embrace [Enhanced].zip |
| 06/12/2013 | OX - 2013-06-12 - Gina - Portrait Of A Girlfriend Part_2 |
| 06/12/2013 | KMSpico v4.5 Final Portable (Windows 8 and Office 2013 Activator) |
| 06/12/2013 | Capri Anderson - White Hot (reshi5531) |
| 06/12/2013 | k?rkort.rar |
| 06/12/2013 | TonightsGirlfriend - Jessica Robbin (1080p).mp4 |
| 06/12/2013 | Anal_Sex_Loving_Jenny_One_is_a_Frisky_Slut-wmv_high.wmv |
| 06/12/2013 | xart.13.06.10.clover.intimate.experience.mov |
| 06/12/2013 | First Anal Date - New Amazing Anal Experience - Olesya [720p].wmv |
| 06/12/2013 | s1339_tranquility_hd.mov |
| 06/12/2013 | borat-2006.wma |
| 06/12/2013 | Game.of.Thrones.S03E10.720p.HDTV.x264-EVOLVE.mkv |
| 06/12/2013 | The Good The Bad And The Queen [2007][CD+2 SkidVids+Cov] |
| 06/12/2013 | X-Art - Angelica - Inside Perfection (720p).mov |
| 06/09/2013 | Identity Thief (2013) |
| 06/04/2013 | Mulan.1998.720p.BluRay.x264-HD4U [PublicHD] |
| 06/04/2013 | Game.of.Thrones.S03E09.720p.HDTV.x264-EVOLVE [PublicHD] |
| 05/30/2013 | Anal training of Erika Bellucci (2013) HD 1080p |
| 05/29/2013 | Jarhead.SCREENER-FUCK |

EXHIBIT C

| Hit Date UTC | Filename |
|---|---|
| 05/29/2013 | X-Art - Marry Me Caprice - Caprice [1080p].mp4 |
| 05/28/2013 | 2013.04.15.UTA@MIN.540p.mp4 |
| 05/28/2013 | www.torrent.to...Tuerkisches.Gambit.2005.German.AC3.DVDRip.XviD-MORTAL |
| 05/28/2013 | Pro Evolution Soccer 2011 Crack only Multiplayer |
| 05/28/2013 | Zombiewood Hack |
| 05/28/2013 | Orgasm in Nylon - Marta.mp4 |
| 05/28/2013 | Angry Birds Rio+Serial Key.rar |
| 05/28/2013 | UFC.160.Velasquez.vs.Silva.II.[H264][720P][60FPS][Secludedly] |
| 05/27/2013 | X-Art - Capri, Scarlet and Kiera - Happy Birthday Capri (1080p).mp4 |
| 05/27/2013 | Gray's Anatomy |
| 05/25/2013 | Oz.the.Great.and.Powerful.2013.720p.BluRay.x264-SPARKS [PublicHD] |
| 05/24/2013 | [SumiSora][Maousama][08][GB][720p].mp4 |
| 05/19/2013 | sart.13.05.14.sylvie.deluxe.and.whitney.conroy.apple.pie.mp4 |
| 05/19/2013 | Cosmid - Erica Davis - 720p - 5 vids |
| 05/19/2013 | PassionHD.Lily.Love.XxX |
| 05/18/2013 | PassionHD Lily Date Movie.mp4 |
| 05/18/2013 | FantasyHD.13.05.14.Tasha.Reign.Hot.Oil.XXX.1080p.WMV-KTR |
| 05/18/2013 | stu.13.05.15.veronika.fasterova.a.slice.of.heaven.wmv |
| 05/18/2013 | Passion-HD.13.05.15.Lily.Meditating.Beauty.XXX.1080p.WMV-KTR |
| 05/18/2013 | 720_MVC_Anastasia Brill.mp4 |
| 05/17/2013 | Game.of.Thrones.S03E06.720p.HDTV.x264-IMMERSE.mkv |
| 05/17/2013 | Darkwatch.PS2DVD-Allstars |
| 05/17/2013 | Kamasutra Sexual Positions For Lovers XXX 1080p (WEBRip).mkv |
| 05/17/2013 | watermarked_mp4_750.mp4 |
| 05/17/2013 | X-Art - Falling For You - Lia Lor [1080p].mp4 |

EXHIBIT C

| Hit Date  UTC | Filename |
|---|---|
| 05/17/2013 | X-Art - Truth Or Dare - Lexi Belle, Mia Malkova [720p].mp4 |
| 05/17/2013 | PassionHD - Lily - Deep Throat Dreams (1080p).wmv |
| 05/16/2013 | Люди.будующего.2011.SatRip.Generalfilm.avi |
| 05/16/2013 | Azada  4-Elementa Collectors Edition [ASG].exe |
| 05/15/2013 | Winx.Club.S05E23.The.Sharks.Eye.720p.WEB-DL.AAC2.0.H.264-YFN |
| 05/14/2013 | Game.of.Thrones.S03E07.720p.HDTV.x264-EVOLVE.mkv |
| 05/14/2013 | touch.213.hdtv-lol.mp4 |
| 05/12/2013 | Winx Club 3D Magica Avventura OST by Winx Club Siente la Magia |
| 05/11/2013 | Winx.Club.S05E22.Listen.to.Your.Heart.720p.WEB-DL.H.264-YFN |
| 05/11/2013 | Winx Club -Secret of the Lost Kingdom (Nickelodeon English) |
| 05/09/2013 | MrAnal - She's Fucked So Hard In The Ass Her Pussy Squirts - Amy Brooke [720p].mp4 |
| 05/08/2013 | Da.Vincis.Demons.S01E04.720p.HDTV.x264-IMMERSE [PublicHD] |
| 05/07/2013 | Madeas.Big.Happy.Family.2011.BRRiP.XviD.DanIoSte |
| 05/06/2013 | X-Art - Angelica (Getting Down  ** 1080p ** NEW April 30, 2013.mp4 |
| 05/04/2013 | passion-hd - Naomi - Study Buddy.mpg |
| 05/04/2013 | Dragon Age Origins PC game + DLC + Expansions ^^nosTEAM^^ |
| 05/04/2013 | X-Art - Sandra {simply beautiful} 1080p HD.mov |
| 05/04/2013 | Custom PC UK - How to Setup Video Streaming + CPU Coolers (May 2013) |
| 05/04/2013 | PassionHD - Tasha Reign - Neighborly Love (1080p).wmv |
| 05/04/2013 | Cajsastina ?kerstr?m - Som En L?ngtan (Live Go'Kv?ll).mpg |
| 05/04/2013 | OrgasmsXXX - Ivy - A Gift (HD 1080p).mp4 |
| 05/04/2013 | s1320_tender_loving_care_hd.mp4 |
| 05/03/2013 | passion-hd - Sasha - Cabana Delight.mpg |
| 05/03/2013 | Passion HD – Tasha Reign |
| 05/03/2013 | passion-hd - Tasha - Two Lovers.mpg |

EXHIBIT C

| Hit Date UTC | Filename |
|---|---|
| 05/03/2013 | passion-hd - Tiffany - A Dominating View.mpg |
| 05/03/2013 | The.Revolution.(2012).S01E18.Season.1.Episode.18.ESPANOL.HD.[ettv] |
| 05/03/2013 | Catching.Fire.R5.x264.AAC.-HAGGiS |
| 05/03/2013 | passion-hd - Samantha - Oiled And Ready.mpg |
| 05/03/2013 | passion-hd - Samantha - Away for the Weekend.mpg |
| 05/03/2013 | Orgasms - Sensual Connection - Zuzana Z [1080p].mp4 |
| 05/03/2013 | passion-hd - Tiffany and Aubrey - Something's Cooking.mpg |
| 05/02/2013 | Capri (Green Eyes) (2013) HD 1080p |
| 05/02/2013 | passion-hd - Sensi - Heavenly Workout.mpg |
| 05/02/2013 | passion-hd - Sensi - Sensi 720p.mpg |
| 05/02/2013 | X-Art - Silvie The Siren - Silvie [1080p].mp4 |
| 05/02/2013 | Paris Hilton - Nothing in this world - DMK.mpg |
| 05/02/2013 | passion-hd - Tasha - Next Door Neighbor.mpg |
| 05/02/2013 | X-Art Capri (Green Eyes) (2013) XXX HD 720p |
| 05/01/2013 | Dawn.of.the.Dragonslayer.2011.1080p.mkv.AC3.DTS.Eng.nl.subs |
| 04/30/2013 | WWE.Monday.Night.RAW.2012.10.29.480p.HDTV.x264-mSD |
| 04/29/2013 | Winx.Club.S05E17.Faraway.Reflections.720p.WEB-DL.AAC.H.264-YFN |
| 04/29/2013 | Game.of.Thrones.S03E05.720p.HDTV.x264-IMMERSE |
| 04/29/2013 | Dragon.Storm.2004.720p.BluRay.x264-SONiDO [PublicHD] |
| 04/29/2013 | Da.Vincis.Demons.S01E03.720p.HDTV.x264-IMMERSE [PublicHD] |
| 04/28/2013 | The.Lords.Of.Salem.2012.DVDRip.XVID.AC3.HQ.Hive-CM8 |
| 04/28/2013 | Prison Break S02E10 Rendezvous PROPER Swesub  [TankaFett.com]-Gentleman.avi |
| 04/28/2013 | Dawn.Of.The.Dragonslayer.2011.720p.BluRay.x264-Japhson.[MoviesP2P.com] |
| 04/27/2013 | Winx.Club.S05E20.The.Problems.of.Love.720p.WEB-DL.AAC.H.264-YFN |
| 04/27/2013 | Winx.Club.S05E19.The.Singing.Whales.720p.WEB-DL.AAC.H.264-YFN |

EXHIBIT C

CNJ61

| Hit Date UTC | Filename |
|---|---|
| 04/27/2013 | Winx.Club.S05E21.A.Perfect.Date.720p.WEB-DL.AAC2.0.H.264-YFN |
| 04/27/2013 | Winx.Club.S05E01-E13.720p.WEB-DL.AAC2.0.H.264 |
| 04/27/2013 | Winx.Club.S05E14.The.Emperors.Throne.720p.WEB-DL.AAC.H.264-YFN |
| 04/27/2013 | Winx.Club.S05E15.The.Pillar.of.Light.720p.WEB-DL.AAC.H.264-YFN |
| 04/27/2013 | Winx.Club.S05E18.The.Devourer.720p.WEB-DL.AAC2.0.H.264-YFN |
| 04/27/2013 | Winx.Club.S05E16.The.Eclipse.720p.WEB-DL.AAC2.0.H.264-YFN |
| 04/25/2013 | passion-hd - Angelica - Ice Play.mpg |
| 04/25/2013 | 1byday-aleska-121001.mp4 |
| 04/24/2013 | passion-hd - Carmen - Sexual Harmony.mpg |
| 04/24/2013 | X-Art - Anneli, Ivy - The Masseuse (720p).wmv |
| 04/24/2013 | passion-hd - Holly - Direct Approach.mpg |
| 04/24/2013 | passion-hd - Abigaile - Honey, I'm Home.mpg |
| 04/24/2013 | passion-hd - Eden - Sushi And Sex.mpg |
| 04/24/2013 | passion-hd - Alison - Leafing Through Fantasies.mpg |
| 04/24/2013 | passion-hd - Alison - Simply Delicious.mpg |
| 04/24/2013 | passion-hd - April - Sunday Afternoon.mpg |
| 04/24/2013 | passion-hd - Alison - Bathing Beauty.mpg |
| 04/24/2013 | passion-hd - Alexis - Cabana Delight.mpg |
| 04/24/2013 | passion-hd - Alison - Afternoon Massage.mpg |
| 04/24/2013 | X-Art.13.04.23.Leila.Caprice.And.Angelica.The.Sleepover.XXX.1080p.MP4-KTR[PublicHash] |
| 04/24/2013 | passion-hd - Breanne - Romantic Massage.mpg |
| 04/24/2013 | NuruMassage - Stephanie - Threesome (1080p).wmv |
| 04/24/2013 | passion-hd -  Allie - All Play and No Work.mpg |
| 04/24/2013 | passion-hd - Carmen - Ping Pong Challenge.mpg |
| 04/24/2013 | passion-hd - Anissa - Showered with Love.mpg |

EXHIBIT C

| Hit Date UTC | Filename |
|---|---|
| 04/24/2013 | Orgasms.Fuckingly.Wild.XXx |
| 04/24/2013 | passion-hd - Anissa - Poolside Fantasy.mpg |
| 04/24/2013 | Babes - Heels And Teal - Tiffany Tyler [720p].mp4 |
| 04/24/2013 | X-Art - Melanie, Victoria - Every Mans Desire (HD 1080p).mov |
| 04/24/2013 | Defiance.S01E02.720p.HDTV.x264-EVOLVE.mkv |
| 04/24/2013 | passion-hd - Aleksa - Stress Reliever.mpg |
| 04/24/2013 | Dog.Soldiers.LiMiTED.DVDRip.DivX-DiAMOND |
| 04/24/2013 | windows 8 activator |
| 04/24/2013 | passion-hd - Abigaile - Surprise Delivery.mpg |
| 04/23/2013 | Game.of.Thrones.S03E04.720p.HDTV.x264-EVOLVE.mkv |
| 04/22/2013 | Xilisoft Video Converter Ultimate 7.7.2 Build 20130418 Incl Keygen - SceneDL |
| 04/22/2013 | Xilisoft Video Converter Ultimate 7.7.2.20130418 Patch+Keygen - Cyclonoid.rar |
| 04/21/2013 | X-Art - Bunny, Scarlet - Fashion Models (720p).wmv |
| 04/21/2013 | Romance.XXX.720p.BluRay.x264-CHiKANi |
| 04/21/2013 | Niania - 110 - Nieoczekiwana zamiana miejsc.avi |
| 04/20/2013 | Passion-HD.13.04.19.Zoey.And.Macy.Fun.Blondes.XXX.INTERNAL.1080p.WMV-KTR[PublicHash] |
| 04/20/2013 | Hannibal.S01E03.720p.HDTV.X264-DIMENSION.mkv |
| 04/20/2013 | Da.Vincis.Demons.S01E02.720p.HDTV.x264-IMMERSE [PublicHD] |
| 04/18/2013 | Defiance.S01E01.720p.HDTV.x264-EVOLVE.mkv |
| 04/18/2013 | Winx Club The Secret of the Lost Kingdom.avi |
| 04/17/2013 | The.Following.S01E13.720p.HDTV.X264-DIMENSION.mkv |
| 04/17/2013 | [ www.Torrenting.com ] - Da.Vincis.Demons.S01E01.720p.HDTV.x264-2HD |
| 04/17/2013 | Vikings.S01E07.720p.HDTV.x264-KILLERS [PublicHD] |
| 04/17/2013 | Hannibal.S01E02.720p.HDTV.X264-DIMENSION.mkv |
| 04/17/2013 | X-Art - Pretty Babies - Lexi Belle, Mia Malkova [1080p].mp4 |

EXHIBIT C

| Hit Date UTC | Filename |
| --- | --- |
| 04/17/2013 | X-Art - Bottoms Up - Bunny [1080p].mov |
| 04/17/2013 | X-Art - Apartment Number Four - Gianna [720p].mov |
| 04/17/2013 | Game.of.Thrones.S03E02.720p.HDTV.x264-IMMERSE.mkv |
| 04/17/2013 | X-Art - Enchanting Real Orgasms - Caprice, Clover [1080p].mov |
| 04/17/2013 | X-Art - Everlasting Friendship - Baby [1080p].mov |
| 04/16/2013 | X-Art - Bottoms Up - Bunny [720p].wmv |
| 04/16/2013 | National.Geographic.Samurai.Sword.WS.PDTV.XviD-G4L |
| 04/16/2013 | Game.of.Thrones.S03E03.720p.HDTV.x264-EVOLVE.mkv |
| 04/13/2013 | Spartacus.S03E10.720p.HDTV.x264-IMMERSE[rarbg] |
| 04/09/2013 | Star Wars 03 - Revenge Of The Sith 1080p.mkv |
| 04/07/2013 | Star Wars Episode I The Phantom Menace (1999) [1080p] |
| 04/07/2013 | Star Wars 01 - The Phantom Menace 1080p.mkv |
| 04/07/2013 | Феи 3 Волшебное спасение - Tinker Bell and the Great Fairy Rescue (2010) BDRip 1080p.mkv |
| 04/07/2013 | Star Wars 02 - Attack Of The Clones 1080p.mkv |
| 04/06/2013 | Spartacus.S03E09.720p.HDTV.x264-EVOLVE.mkv |
| 04/06/2013 | STAR WARS I - The Phantom Menace (1999) 720p BD5 AC3 AVCHD.HDG |
| 04/06/2013 | [ www.UsaBit.com ] - Game Of Thrones (2011) Season 1 BluRay 720p x264 Ganool |
| 04/06/2013 | [ www.UsaBit.com ] - Game of Thrones (2012) Season 2 BluRay 720p x264 Ganool |
| 04/05/2013 | Revolution.2012.S01E12.HDTV.x264-LOL.mkv |
| 04/03/2013 | OrgasmsXXX - Victoria - Teenage Coming of Age (1080p).mov |
| 04/03/2013 | My.Awkward.Sexual.Adventure.2012.720p.BluRay.x264-IRONCLUB [PublicHD] |
| 04/02/2013 | Broken Ledge.2012.DVDrip.XviD |
| 03/31/2013 | Star.Wars.Episode.II-Attack.of.the.Clones.HDTV.WMV.720p.AC3[5.1].Rus.avi |
| 03/24/2013 | hardcore_allure_2_scene_3_1080.mp4 |
| 03/24/2013 | prnfle1882x.mov |

EXHIBIT C

| Hit Date UTC | Filename |
|---|---|
| 03/24/2013 | WowGirls.13.02.18.Lauren.Orgasm.Obsessed.XXX.1080p.MP4-KTR[rarbg] |
| 03/24/2013 | prnfle2055x.mp4 |
| 03/24/2013 | Lady Sonia - Sybian Orgasm HD 720p |
| 03/23/2013 | SapphicErotica.13.03.05.Ennie.And.Nessy.Sitting.Orgasm.XXX.720p.MP4-KTR |
| 03/19/2013 | Babes - Spiral - Aneta J [HD 1080p] [mp4] |
| 03/18/2013 | Babes.13.03.16.Stacey.Rae.Flicker.XXX.1080p.MP4-KTR |
| 03/18/2013 | Orgasms - Steak and BJ - Connie Carter [1080p].mp4 |
| 03/18/2013 | prnfle1955x.mov |
| 03/18/2013 | Passion-HD.13.03.13.Holly.Double.Passion.XXX.INTERNAL.1080p.WMV-KTR |
| 03/18/2013 | UFC.158.GSP.vs.Diaz.[H264][720P][60FPS][Secludedly] |
| 03/18/2013 | The Amazing Spider-Man 2012 TS XViD-sC0rp |
| 03/18/2013 | Wow Girls - Sandy On Cock HD 1080p |
| 03/17/2013 | babes_bg_brandy_aniston02_1080p_6000.mp4 |
| 03/17/2013 | prnfle1932x.mp4 |
| 03/17/2013 | New WinRAR archive.rar |
| 03/17/2013 | Spartacus.S03E07.720p.HDTV.x264-IMMERSE.mkv |
| 03/15/2013 | Vikings.S01E02.720p.WEB-DL.DD5.1.H.264-CtrlHD [PublicHD] |
| 03/15/2013 | Vikings.S01E01.720p.HDTV.x264-2HD [PublicHD] |
| 03/11/2013 | Monique.Alexander.Elegant.XXX.Hardcore.JulesJordan.2013.FullHD_iyutero.com.mp4 |
| 03/10/2013 | shirley collins - (1959) traditional sweet england |
| 03/10/2013 | WOW-Orgasms.13.02.19.Anna.XXx |
| 03/10/2013 | Babes.13.03.10.Tasha.Reign.Reign.Over.Me.XXX.1080p.MP4-KTR |
| 03/10/2013 | This.is.40.2012.UNRATED.720p.BluRay.x264-ALLiANCE [PublicHD] |
| 03/10/2013 | X-Art - Red Satin - Mia Malkova [720p].mp4 |
| 03/10/2013 | !! Edgar Cayce, The Children Of The Law Of One And The Lost Teachings Of Atlantis - By Jon Peniel.pdf |

EXHIBIT C

CNJ61

| Hit Date UTC | Filename |
|---|---|
| 03/10/2013 | prnfle1831x.wmv |
| 03/02/2013 | Spartacus.S03E05.720p.HDTV.x264-EVOLVE [PublicHD] |
| 03/02/2013 | The Master 2012 BDRip 720p x264 10bit AAC 5.1-MZON3 |
| 02/24/2013 | Eagles - Long Road Out Of Eden (2CD) (2007) [FLAC] |
| 02/23/2013 | Spartacus.S03E04.720p.HDTV.x264-EVOLVE.mkv |
| 02/21/2013 | Spartacus.S03E03.720p.HDTV.x264-EVOLVE |
| 02/21/2013 | Alice_in_Wonderland_LowOrbit.m4v |
| 02/20/2013 | Alice.in.Wonderland.2010.1080p.BluRay.x264.anoXmous |
| 02/18/2013 | Shelly_yandh_105.zip |
| 02/18/2013 | MET-ART_AF_630.zip |
| 02/18/2013 | IsoBuster Pro 3.1 Build 3.1.0.1 Final Incl Serials |
| 02/18/2013 | Vol.1 |
| 02/17/2013 | GMS - No Rules (2002) FLAC |
| 02/17/2013 | The Man with the Iron Fists  2012 TS Xvid UnKnOwN TNNT |
| 02/17/2013 | Seven Psychopaths [2012] BRRip 720p |
| 02/15/2013 | Skins.US.1x05.Stanley.iTALiAN.DVDmux-DarkSideMux.avi |
| 02/13/2013 | prnfle1551x.wmv |
| 02/13/2013 | Orgasms - July HD 720p |
| 02/13/2013 | Orgasms - Valya HD 720p |
| 02/13/2013 | Varierande Artister_Rolands K?cka Sommarbitar |
| 02/13/2013 | Chanel Preston ORGASMED beyond the capacity for rational thought. Trapped on a SYBIAN, skull fucked  Chanel Preston  Matt Williams |
| 02/13/2013 | Babes - Stevie's Love - Stevie Shae [720p].mp4 |
| 02/13/2013 | x-art_mary_anneli_afternoon_picnic_1080-chkm8te.mov |
| 02/13/2013 | passion-hd-chloe-pf-1080.wmv |
| 02/13/2013 | {www.scenetime.com}Jamies.15.Minute.Meals.S01E09.HDTV.XviD-AFG |

EXHIBIT C

CNJ61

| Hit Date UTC | Filename |
|---|---|
| 02/13/2013 | Mia - Fucked Hard HD 1080p |
| 02/13/2013 | prnfle1538x.mov |
| 02/13/2013 | babes_bg_lexi_belle02_720p_4000.mp4 |
| 02/13/2013 | Nancy.A.Wet.Dream.Younglegalporn.2012.HD_iyutero.com.mp4 |
| 02/13/2013 | Passion HD - Secret Valentine - Lacey [HD 1080p] [mp4] |
| 02/13/2013 | X-Art - Mary, Anneli (Afternoon Picnic) HD 720P |
| 02/13/2013 | Capri_3hd39_.mp4 |
| 02/13/2013 | Aleksa Nicole - Takes Deep Anal And A Hot Facial HD 720p |
| 02/13/2013 | Tonights Girlfriend - Christy Mack [HD 1080p] [mp4] |
| 02/12/2013 | Franceska.Jaimes.Impressing.a.Friend.PorelChiquito.2012.HD_iyutero.com.mp4 |
| 02/12/2013 | zm11312_3000.mp4 |
| 02/08/2013 | prnfle1436x.mp4 |
| 02/08/2013 | babes_bg_angelica_saige_1080p_6000.mp4 |
| 02/08/2013 | Denisa.Heaven.After.Midnight.Scene.1.Daringsex.2013.FullHD_iyutero.com.mp4 |
| 02/08/2013 | Erica Fontes - One Fine Day HD 1080p |
| 02/08/2013 | [java,jsf] 2005 - Manning - JavaServer Faces in Action.pdf |
| 02/08/2013 | prnfle1507x.mov |
| 02/07/2013 | prnfle1474x.mov |
| 02/07/2013 | The Knife - Hannah Med H |
| 02/07/2013 | Tasha Reign - First Anal HD 720p |
| 02/07/2013 | X-Art - Deep Longing - Eufrat, Angelica [1080p].mov |
| 02/07/2013 | WowPorn  Denisa Heaven hd 720 |
| 02/07/2013 | Aleksa Nicole - Fucked Outdoors HD 720p |
| 02/07/2013 | Amy Brooke and Sheena Shaw - Threesome HD 720p |
| 02/05/2013 | UFC.156.Aldo.vs.Edgar.[H264][720P][60FPS][Secludedly] |

EXHIBIT C

| Hit Date UTC | Filename |
|---|---|
| 02/05/2013 | Silent.Hill.Revelation.2012.1080p.BluRay.x264-ALLiANCE [PublicHD] |
| 02/03/2013 | Graveyard.Carz.S02E14.PDTV.XviD-ZiLLa.avi |
| 02/03/2013 | Spartacus.S03E02.720p.HDTV.x264-EVOLVE [PublicHD] |
| 01/30/2013 | prnfle1233x.m4v |
| 01/30/2013 | Hegre-Art.12.01.24.Caprice.Nude.Beach.XXX.720p.MOV-KTR[rbg] |
| 01/30/2013 | OX - 2013-01-29 - Lola and Tommy - Sweet Dreams |
| 01/29/2013 | Spartacus.S03E01.720p.HDTV.x264-EVOLVE.mkv |
| 01/28/2013 | P90x2 Deluxe AVI Files |
| 01/25/2013 | Tamilee Webb - Total Body Stretch - avi |
| 01/24/2013 | The Best Of Gangbang Girl Series 7 _ Christy Parks.avi |
| 01/21/2013 | Beasts of the Southern Wild 2012 BDRip 720p x264 AAC-MZON3 |
| 01/20/2013 | FuckedHard18 - Natasha Malkova, Nadia [720p].wmv |
| 01/20/2013 | Argo.2012.DVDSCR.XviD-WTF |
| 01/20/2013 | prnfle1216x.mp4 |
| 01/20/2013 | Les.Miserables.2012.DVDSCR-EDAW2013 |
| 01/20/2013 | X-Art - Warm Inside - Susie, Clover [1080p].mov |
| 01/19/2013 | prnfle1224x.wmv |
| 01/19/2013 | OnlyBlowJob.13.01.09.Sophie.Lynx.Moving.Day.Meat.Feast.XXx |
| 01/19/2013 | WowGirls Sasha Blonde Amazing Dream.mp4 |
| 01/19/2013 | TonightsGirlfriend - Diamond Foxxx [720p].mp4 |
| 01/19/2013 | PremiumHDV.10.06.16.Amy.Reid.Eva.Angelina.And.Taryn.Thomas.3.Nasty.Bitches.XXx |
| 01/19/2013 | Life.of.Pi.2012.DVDSCR.XviD.AC3-NYDIC |
| 01/19/2013 | Passion-HD.13.01.09.Natalia.Online.Seduction.XXx |
| 01/19/2013 | PremiumHDV.10.04.21.Amy.Reid.Loves.Her.Job.XXx |
| 01/19/2013 | Orgasms.13.01.10.Tiger.The.Japanese.Girl.Next.Door.XXx |

EXHIBIT C

| Hit Date UTC | Filename |
|---|---|
| 01/19/2013 | Orgasms Xxx - Silvia Lauren HD 1080p |
| 01/19/2013 | WowGirls - Double Delight - Klara [720p].mp4 |
| 01/18/2013 | OnlyBlowJob.13.01.11.Blue.Angel.And.Sophie.Lynx.Two-Girl.Fellatio.Party.XXx |
| 01/18/2013 | x-art_mira_yoga_master_and_student_1080.mov |
| 01/18/2013 | HITCHHIKERS GUIDE |
| 01/18/2013 | Young And Cravin Cum 5 XXX DVDRip CD2 porn4all.avi |
| 01/18/2013 | Eerie 002 - (2013) (Digital) (Nahga-Empire).cbr |
| 01/18/2013 | Mika_Ivana_Taste_It_HD.mp4 |
| 01/18/2013 | FuckedHard18 - Nadia [720p].wmv |
| 01/18/2013 | Fruits of Passion_original.wmv |
| 01/18/2013 | babes_bg_sharon_lee_1080p_6000.mp4 |
| 01/17/2013 | Passion-HD - Boiling Up - Gina.mp4 |
| 01/17/2013 | Zero.Dark.Thirty.2012.DVDSCR.Xvid.Ac3-ADTRG |
| 01/11/2013 | Hotel.Transylvania.2012.1080p.WEB-DL.H264-WEBiOS [PublicHD] |
| 01/11/2013 | Lincoln.2012.DVDSCR.XViD.AC3-FooKaS |
| 01/08/2013 | Django Unchained 2012 DVDSCR XViD AC3 5.1 - THESTiG |
| 01/07/2013 | Arrow.S01E04.An.Innocent.Man.480p.HDTV.x264-SM |
| 01/07/2013 | Zoloto.1974.XviD.DVDRip.avi |
| 01/07/2013 | [ www.Torrenting.com ] - Django.Unchained.2012.DVDSCR.XViD.AC3-LEGi0N |
| 01/05/2013 | tngfrileyderrick_1080.mp4 |
| 01/04/2013 | Shared Passion_original.wmv |
| 01/04/2013 | Babes - New Year's Passion - Cassie Laine, Logan Drae [720p].mp4 |
| 01/04/2013 | How to Sex in Office (Breanne Benson ) HD720p |
| 01/04/2013 | OrgasmsXXX George Nessy All Over You.mov |
| 01/04/2013 | prnfle1065x.wmv |

EXHIBIT C

CNJ61

| Hit Date UTC | Filename |
|---|---|
| 01/04/2013 | exquisite_affair_big-1080.mp4 |
| 01/04/2013 | alluring_beauty_big-1080.mp4 |
| 01/04/2013 | Dedicated Employee_original.wmv |
| 01/04/2013 | babes_bg_heather_starlet_1080p_6000.mp4 |
| 01/04/2013 | Hegre-Art - Labia Loving Orgasm Massage (1080p) |
| 01/04/2013 | prnfle1042x.mov |
| 01/04/2013 | foreign_affair_big-1080.mp4 |
| 01/04/2013 | sexo-babes-heather-130104.mp4 |
| 01/04/2013 | mwhfcapricejordan_720.mp4 |
| 12/24/2012 | Cloud.Atlas.2012.720p.BluRay.x264-BiDA [PublicHD] |
| 12/24/2012 | A.Charlie.Brown.Christmas.1965.720p.BluRay.x264-CiNEFiLE [PublicHD] |
| 12/15/2012 | X-Art - Unforgettable View Part II - Addison(1080p).mov |
| 12/15/2012 | Looper.2012.720p.BluRay.DTS.x264-PublicHD |
| 12/15/2012 | Baby.Mira.Lipstick.Lesbians.XArt.2012.FullHD_iyutero.com.wmv |
| 12/15/2012 | X-Art - Unforgettable View Part 1 - Addison [1080p].mov |
| 12/09/2012 | country-girl_original.wmv |
| 12/09/2012 | tngfdarlajohnny_1080.mp4 |
| 12/09/2012 | X-Art - Cum With Me - Beatrice.1080p |
| 12/09/2012 | Hjalp!.S01E08.SWEDiSH.PDTV.XviD-NAC |
| 12/09/2012 | WA-27150 Maitresse Madeline and Bonnie Day |
| 12/09/2012 | X-Art - Inside Perfection - Angelica.1080p |
| 12/09/2012 | WowGirls - Refreshing My Hot Body - Guerlain [1080p].mp4 |
| 12/09/2012 | pop_mia_malkova_kf112512_1080p_12000-XxXRG.mp4 |
| 12/09/2012 | x-art_addison_unforgettable_view_I_1080.mov |
| 12/09/2012 | X-Art.12.12.05.Kalyee.Waterfall.Emotions.XXX.1080p.MOV |

EXHIBIT C

CNJ61

| Hit Date UTC | Filename |
|---|---|
| 12/09/2012 | Passion-HD.12.11.30.Jayden.Day.Dreaming.XXX |
| 12/08/2012 | tngfrileyjohnny_1080.mp4 |
| 12/08/2012 | Grand Designs 2012 S12E09 Season 12 Episode 9 HDTV x264 [GlowGaze].mp4 |
| 12/08/2012 | Resident.Evil.Retribution.2012.720p.BluRay.x264-ALLiANCE [PublicHD] |
| 12/08/2012 | Deeper Feelings_original.wmv |
| 12/08/2012 | Breanne Benson - Putting On A Show HD 720p |
| 12/08/2012 | mia.and.aubrey.passion.dance.wmv |
| 12/08/2012 | Ted.2012.UNRATED.720p.BluRay.x264-DAA [PublicHD] |
| 11/30/2012 | Kristen.Ivy.Lovely.Lovers.X.Art.2012.FullHD_iyutero.com.mov |
| 11/30/2012 | Fucked Hard 18 - Alice HD 720p |
| 11/30/2012 | Eufrat.Silvie.Strip.Poker.X.Art.2012.FullHD_iyutero.com.wmv |
| 11/30/2012 | Caprice.One.and.Only.Caprice.X.Art.2012.FullHD_iyutero.com.mov |
| 11/29/2012 | Parlamentet.S15E01.SWEDiSH.PDTV.XviD-BU |
| 11/29/2012 | The Deep End.mpg |
| 11/29/2012 | WowGirls  Introduce Your Pussy To Me  Gloria, Stephanie |
| 11/29/2012 | Caprice.Tropical.Vibe.X.Art.2012.FullHD_iyutero.com.mov |
| 11/29/2012 | x-art_angelica_introducing_angelica_1080.mov |
| 11/29/2012 | sexo-xart-gianna-121127.mov |
| 11/29/2012 | Law.And.Order.CI.S05E04.HDTV.XviD-LOL |
| 11/29/2012 | X-Art.12.11.23.Connie.Heart.And.Soul.XXX.1080p.MOV-KTR |
| 11/29/2012 | x-art_baby_anneli_loving_angels_1080.mov |
| 11/29/2012 | Angel.Afternoon.Delight.XArt.2012.FullHD_iyutero.com.mov |
| 11/29/2012 | Anissa.Kate.Lets.Dance.PassionHD.2012.FullHD_iyutero.com.wmv |
| 11/29/2012 | Let's Dance_original.wmv |
| 11/29/2012 | ktr.babes.12.11.26.tiffany.brookes.honeymoon |

EXHIBIT C

CNJ61