UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**LESLIE A. FARBER**
33 Plymouth Street, Suite 204
Montclair, New Jersey 07042
Ph. (973) 509-8500
eMail: LFarber@LFarberLaw.com
Attorneys for Defendant

| | |
|---|---|
| **MALIBU MEDIA, LLC,** | Civil Action No. 3:13-cv-04680 |
| *Plaintiff,* | <u>CIVIL ACTION</u> |
| v. | **CERTIFICATION OF SERVICE** |
| **RUI SALVADO,** | |
| *Defendant.* | |

1.\tI, Leslie A. Farber, Esq., counsel for defendant, hereby certify that on February 4, 2014, I electronically filed this defendant's Amended Answer and Separate Defenses to plaintiff's Amended Complaint, which sent notification of such filing to the following:

>Patrick J. Cerillo, Esq.
>4 Walter Foran Boulevard, Suite 402
>Flemington, NJ 08822
>eMail:  pjcerillolaw@comcast.net
>Attorney for Plaintiff

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: February 4, 2014

s/ Leslie A. Farber
Leslie A. Farber (LF:7810)