# LESLIE A. FARBER, LLC

ATTORNEYS AT LAW

ACADEMY SQUARE
33 PLYMOUTH STREET, SUITE 204
MONTCLAIR, NEW JERSEY 07042-2607
973.509.8500 x 213
973.860.1174 (fax)

E-mail: LFarber@LFarberLaw.com
Web page: www.LFarberLaw.com

February 14, 2014

Hon. Lois H. Goodman, U.S.M.J.
United States District Court - District of New Jersey
U.S. Courthouse
402 East State Street
Trenton, NJ 08608

    Re:    **Malibu Media LLC vs. Rui Salvado**
             **Case No. 3:13-cv-04680-FLW-LHG**
             **• Motion to Strike Affirmative Defenses, returnable February 14, 2014**

Dear Judge Goodman:

I represent the defendant in the above captioned matter and am writing to request that the above referenced Motion be adjourned until the next available motion day, which I understand would be March 3, 2014. In the interim, I have filed an Amended Answer and Affirmative Defenses pursuant to Local Rule 7.1(d)(5).

I verbally requested consent from plaintiff's counsel's office on February 4, 2014, and was told that they would reply shortly as to that consent request. Hearing nothing, I requested this consent a second time via email on February 11, 2014, and still have not received a reply from plaintiff's counsel.

A proposed form of Order is being filed simultaneously herewith.

                        Respectfully submitted,
                        LESLIE A. FARBER, LLC

                        /s Leslie A. Farber
            By:    Leslie A. Farber

LAF:beg

Encl.

Hon. Lois H. Goodman, U.S.M.J.
February 14, 2014
Page 2

cc: Hon. Freda L. Wolfson, U.S.D.J. (courtesy copy via regular mail)
    Hon. Lois H. Goodman, U.S.M.J. (courtesy copy via email: lhg_orders@njd.uscourts.gov)
    Patrick J. Cerillo, Esq. (via ECF)