Patrick J. Cerillo, Esq.
Patrick J. Cerillo, LLC
4 Walter Foran Blvd., Suite 402
Flemington, NJ 08822
T: (908) 284-0997
F: (908) 284-0915
pjcerillolaw@comcast.net
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>RUI SALVADO,<br><br>　　　　　Defendant. | Civil Case No. 3:13-cv-04680-FLW-LHG |

### PLAINTIFF'S NOTICE OF WITHDRAWAL OF MOTION TO STRIKE DEFENDANT'S AFFIRMATIVE DEFENSES [CM/ECF 15]

PLEASE TAKE NOTICE, Plaintiff hereby withdraws its Motion to Strike Defendant's Affirmative Defenses, filed January 20, 2014 [CM/ECF 14].

Dated: February 25, 2014

　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　By:　　*/s/ Patrick J. Cerillo*
　　　　　　　　　　　　　　　　　　　Patrick J. Cerillo, Esq.
　　　　　　　　　　　　　　　　　　　Patrick J. Cerillo, LLC
　　　　　　　　　　　　　　　　　　　4 Walter Foran Blvd., Suite 402
　　　　　　　　　　　　　　　　　　　Flemington, NJ 08822
　　　　　　　　　　　　　　　　　　　T: (908) 284-0997
　　　　　　　　　　　　　　　　　　　F: (908) 284-0915
　　　　　　　　　　　　　　　　　　　pjcerillolaw@comcast.net
　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25th day of February, 2014, a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF and on all of those parities receiving electronic notification via the Court's CM/ECF electronic filing.

By: /s/ *Patrick J. Cerillo*
Patrick J. Cerillo, Esq.